IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CAUSE NO. SA: 20-CR-00580(1)-OLG |
| | § | |
| MARK ANTHONY OJEDA (1) | § | |

**DEFENDANT MARK ANTHONY OJEDA'S UNOPPOSED MOTION
TO EXTEND DEADLINE TO FILE MEMORANDUM OF LAW**

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES MARK ANTHONY OJEDA, by and through his Attorney of Record EDWARD A. BARTOLOMEI, and files this Defendant's motion requesting an extension of deadline to file Memorandum of Law and in support thereof would respectfully show this Honorable Court the following:

**I.**

The Defendant's deadline to file his Memorandum of Law is scheduled for today, June 4, 2024.

**II.**

Undersigned counsel is respectfully requesting additional time to complete his Memorandum of Law. Counsel is respectfully requesting for this deadline to be continued from June 12, 2024 to Friday, June 14, 2024.

**III.**

Counsel has conferred with AUSA Brian Nowinski and he does not oppose Defendant's request.

**PRAYER**

FOR THESE REASONS, Defendant prays this Honorable Court will grant Defendant's

motion and extend the deadline.

                              Respectfully submitted,

                              THE LAW OFFICE OF
                              EDWARD A. BARTOLOMEI, P.L.L.C.
                              530 Lexington Avenue
                              San Antonio, Texas 78215
                              Telephone: (210) 225-0393
                              Telecopier: (210) 227-8529

By:    /s/ Edward A. Bartolomei
        EDWARD A. BARTOLOMEI
        la@eabartlaw.com
        STATE BAR NO. 01852470
        *Attorney for MARK ANTHONY OJEDA*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Motion was delivered to the United States Attorney's Offices, 601 N. W. Loop 410, Suite 600, San Antonio, Texas 78216, on June 11, 2024 by electronic filing.

                              /s/ Edward A. Bartolomei
                              EDWARD A. BARTOLOMEI

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

UNITED STATES OF AMERICA §
VS. § CAUSE NO. SA: 20-CR-00580(1)-OLG
§
MARK ANTHONY OJEDA (1) §

**ORDER**

Defendant MARK ANTHONY OJEDA's Unopposed Motion to Extend Deadline to File Memorandum of Law is hereby:

GRANTED                    DENIED

Signed on this the _____ day of _____, 2024.

_____
UNITED STATES DISTRICT JUDGE